IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. GREENSPAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DORSEY & WHITNEY LLP, et al.<br><br>　　　　Defendant. | No. CV 09-04257 CRB<br><br>**AMENDED ORDER VACATING SCHEDULING ORDER** |

　　　The Court is in receipt of a letter from Defendants asking the Court to vacate its Scheduling Order in light of a pending motion for reconsideration in the Bankruptcy Court. Having carefully considered Defendants' letter and finding good cause therefor, the Court hereby VACATES the Scheduling Order and DIRECTS Defendants to notify this Court once the Bankruptcy Court has issued its order on the motion for reconsideration.

**IT IS SO ORDERED.**

Dated: October 8, 2009

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4257\amended order vacating scheduling order.frm